# FILED

07/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0212

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0212

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

EDWARD HAROL HUGGLER,

      Defendant and Appellant.

## **GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 5, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 9 2020